## C. L. Kramer, Appellee, v. Stella Ginger and Edward Ginger, Appellants.

Gen. No. 45,118.

■■■

Heard in the third division, first district, this court at the February term, 1950. Litsinger, Gatenbey & Spuller, for appellants; Andrew W. Gatenbey and John D. Clancy, Jr., of counsel; Wolff, Keane & Gomberg, for appellee; George M. Keane and Albert A. Gomberg, of counsel. Opinion by PRESIDING JUSTICE LEWE. Not to be published in full. Opinion filed June 30, 1950; released for publication July 25, 1950.